**DISMISSED and Opinion Filed November 4, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01138-CV**

**TRISTAN MICHAEL SIMON, Appellant**

**V.**

**JENNIFER NICOLE SIMON, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-10641**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen
Opinion by Chief Justice Burns

Appellant filed a notice of appeal to challenge a default judgment for divorce.

Before the Court is appellant's motion to dismiss the appeal because the trial court

has granted his motion for new trial. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221138F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRISTAN MICHAEL SIMON,
Appellant

No. 05-22-01138-CV        V.

JENNIFER NICOLE SIMON,
Appellee

On Appeal from the 330th District
Court, Dallas County, Texas
Trial Court Cause No. DF-21-10641.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Jennifer Nicole Simon recover her costs of this appeal from appellants Tristan Michael Simon.

Judgment entered November 4, 2022.

–2–